FILED
99 JUL 21 AM 9:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
JUL 21 1999

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

CARROLL MURRAY, )
 )
    Petitioner, )
 )
vs ) CIVIL ACTION NO. 98-AR-0076-E
 )
WARDEN JOE SIVLEY, et al, )
 )
    Respondent(s). )

## MEMORANDUM OF OPINION

A report and recommendation was entered in this case, to which the petitioner filed objections. Thereafter, an amendment to the report and recommendation was entered, to which the petitioner also filed objections. The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the objections of the petitioner and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this __21st__ day of July, 1999.

*William M. Acker*
WILLIAM M. ACKER, JR.,
UNITED STATES DISTRICT JUDGE

